*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★                              ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00089-CR

Tony Ray **BEASLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CR-0746
Honorable Catherine Torres-Stahl, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed: March 31, 2010

DISMISSED

The trial court's certification in this appeal states the case "is a plea-bargain case, and the defendant has NO right of appeal." Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "[t]he appeal must be dismissed if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). On February 11, 2010, we ordered that this appeal would be dismissed pursuant to Rule 25.2(d) unless appellant filed an amended trial court certification showing that he had the right of appeal by March

15, 2010.  *See* TEX. R. APP. P. 25.2(d); 37.1; *see also Daniels v. State*, 110 S.W.3d 174, 177 (Tex. App.—San Antonio 2003, no pet.).  No such amended trial court certification has been filed. Therefore, Rule 25.2(d) requires this court to dismiss this appeal.  Accordingly, this appeal is dismissed.


PER CURIAM

DO NOT PUBLISH